AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 13, 2020

SEAN F. McAVOY, CLERK

DAVID R. PRIEST,

    *Plaintiff*

v.

D HOLBROOK, Superintendent; JACKSON, Custody Program Supervisor; A. ALVARADO-JACKSON, Custody Unit Supervisor; DAVID BREWER, et al

    *Defendant*

Civil Action No. 2:17-CV-133-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendants' Amended Motion for Summary Judgment, ECF No. 61, is GRANTED.
Plaintiff's claims are dismissed with prejudice.
Judgment is entered in favor of all Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on amended motion for summary judgment (ECF No. 61).

Date: February 13, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Angela Noel
    *(By) Deputy Clerk*

Angela Noel